No. 4,902.—W. H. BORGERT, RESPONDENT, *v.* BERT R. BENSON, APPELLANT.

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

Decided January 9, 1922.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed.

*Mr. W. M. Blackford,* for Appellant.

*Mr. C. W. Buntin* and *Mr. J. C. Huntoon,* for Respondent.

---

No. 5,013.—STATE EX REL. MAMIE CASELLI, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control.

Decided January 13, 1922.

PER CURIAM.—The application of relatrix for writ of supervisory control directed to the district court of Missoula county and Asa L. Duncan, a Judge thereof, is denied.

*Messrs. Russell, Madeen & Clarke,* for Relatrix.